IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE J. SANDERS, JR. AIS # 263280, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-793-RAH-CSC ) |
| JOSEPH H. HEADLEY, WARDEN III, ECF, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed December 7, 2022 (Doc. 60), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see,* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Motions for Summary Judgment (Docs. 14, 19, 23 and 33) are GRANTED;

3. This case is DISMISSED with prejudice;

4. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 3rd day of February 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE